# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| ROBYN R. BRUMBLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05-1149-CV-W-DW |
| TRUMAN MEDICAL CENTER, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court are Plaintiff's Stipulation of Dismissal and Defendant's Stipulation of Dismissal for its Counterclaim. (Docs. 30 and 31). Parties moves the Court to dismiss this case with prejudice, with each party to bear its own costs. Pursuant to the stipulation, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See Fed. R. Civ. P. 41. The clerk of the court shall mark this case as closed.

IT IS SO ORDERED.

Date: March 16, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court